UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARILYN GEIGER,

        Plaintiff

   v.                                        C-1-10-456

COMMISSIONER OF SOCIAL SECURITY,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 11) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. This Court accepts the Report as uncontroverted. The Report and Recommendation is **ADOPTED AND INCORPORATED** herein.

2

Accordingly, for the reasons stated in the Report and Recommendation (doc. no. 11), the decision of the Commissioner to deny plaintiff DIB benefits is **REVERSED** and this matter is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g).  On remand, the ALJ is instructed to remedy the inconsistencies identified in this Report and Recommendation concerning plaintiff's need to rest her eyes and the limitations set forth by the ALJ.

This matter is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**


        s/Herman J. Weber
Herman J. Weber, Senior Judge
United States District Court